ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Cherokee Construction Services, LLC | ) ASBCA No. 63962 |
| | ) |
| Under Contract No. W9127N-20-C-0004 | ) |

APPEARANCES FOR THE APPELLANT:    Johnathan M. Bailey, Esq.
    Kristin E. Zachman, Esq.
    Rachel Moreau-Davila, Esq.
     Cokinos-Young
     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
    Brett R. Howard, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, Middle East
      Winchester, VA

    Elisabeth A. Dixon, Esq.
     Engineer Trial Attorney
     U.S. Army Corps of Engineers, Portland

    E. Christopher Lambert, Esq.
     Engineer Trial Attorney
     U.S. Army Corps of Engineers,
      Washington, D.C.

    Jesse C. Lee, Esq.
     Engineer Trial Attorney
     U.S. Army Corps of Engineers, Alexandria

    Jacob P. Cross, Esq.
    Samuel T. Godschalk, Esq.
     Engineer Trial Attorneys
     US Army Engineer District, Huntington

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  April 9, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63962, Appeal of Cherokee Construction Services, LLC, rendered in conformance with the Board's Charter.

Dated:  April 9, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals